

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2019

No. 04-14-00176-CR

Marcus **HIDALGO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1780-CR
Honorable Gary L. Steel, Judge Presiding

# O R D E R

The Appellant's Motion to Recall Mandate is hereby DENIED.

It is so **ORDERED** on May 1, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court